UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE HERNANDEZ<br><br>*Plaintiff*,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br><br>*Defendants*. | Case No. 2:23cv08531-NJC-LGD |

## NOTICE OF SETTLEMENT

Plaintiff Jorge Hernandez and Defendant Experian Information Solutions, Inc. ("Experian") hereby notify this Court of a settlement in principle of all claims between Plaintiff and Experian in the above-captioned matter. The Parties anticipate needing approximately 60 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for dismissal with prejudice of this matter. Accordingly, Plaintiff and Experian respectfully submit that this settlement obviates the need for the Parties to make any other Court required filings prior to dismissal and requests that the Court stay or vacate all pending deadlines in this matter.

Respectfully submitted by the parties on this 15th of December, 2023.

>/s/ *Graziella M. Pastor*
>Graziella M. Pastor
>JONES DAY
>250 Vesey Street
>New York, NY 10281
>Phone: (212) 326-3641
>Fax: (212) 755-7306
>Email: gpastor@jonesday.com
>
>*Counsel for Defendant Experian Information Solutions, Inc.*